State ex rel. Daunoy *vs.* City of New Orleans.

*Breaux, Fenner & Hall,* and *Belden,* and *Duvigneaud* for Plaintiff Appellant. *Hornor & Benedict* and *Baker* for Defendants.

On motion to dismiss.

MANNING, C. J., delivered the opinion, refusing the motion, and saying unless the missing record, offered as evidence, was supplied or some agreement is made touching it, the case would be remanded.

On the merits.

Under the constraint imposed by the court an agreement was made. The object of the suit was the recovery of two mortgage notes, of $3,000 and $5,000 respectively, held by the Workingmen's Bank, which Lacoste alleged he had pledged to the bank as collateral to secure his own note of $4,000 given to the bank for borrowed money. He alleged that afterwards he was fradulently induced to sign a notarial act, and a note, whereby with others he solidarily obligated himself for $13,000, and pledged the above named collaterals for its payment. The case turned on the fact whether fraud had been used, the evidence thereon having been reviewed, the court held with the lower judge against the plaintiff.

SPENCER, J., delivered the opinion affirming the judgment.

---

## No. 7502.

### THE STATE EX REL. F. M. DAUNOY VS. CITY OF NEW ORLEANS.

Where a maximum sum had been fixed for the expenditures of the Board of Metropolitan Police, and the estimate for a given year was less than that, but an officer of the Board nefariously issued certificates for expenditures exceeding the estimates and up to the maximum, the issue is illegal and nothing worth.

The fact that these warrants or certificates, illegally issued, are in the hands of third persons who have come honestly by them, does not prevent any and all defences being opposed to them, since the certificates of indebtedness are not negotiable paper.

APPEAL from the Third District Court of New Orleans. MONROE, J.

*H. C. Miller* for Garcia Appellant. *Hunton* for Britton, and *Flanagan* for others.

WHITE, J., delivered the opinion affirming the judgment.